**Richard M. MAHER, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBA-TION AND PAROLE; Attorney General of Pennsylvania, Appellees.**

Supreme Court of Pennsylvania.

Nov. 19, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2008, the Order of the Commonwealth Court is hereby **AFFIRMED.**

**Pedro VALENTINE, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, Pennsylvania, Robert Shannon Superintendent, SCI–Frackville, Respondents.**

**No. 137 EM 2008.**

Supreme Court of Pennsylvania.

Nov. 19, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2008, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Habeas Corpus is **DE-NIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Earl WILSON, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 19, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Whether the Superior Court erred and misapply the appellate standard of review set forth in *Commonwealth v. Walls,* 592 Pa. 557, 926 A.2d 957 (2007) when it vacated the judgment of sentence and remanded for re-sentencing?